J. MARK HOLLAND (140453)
**J. MARK HOLLAND & ASSOCIATES**
a Professional Law Corporation
3 San Joaquin Plaza, Suite 210
Newport Beach, CA 92660
Telephone: (949) 718-6750
Facsimile: (949) 718-6756
Email: office@jmhlaw.com

JS-6

Attorneys for Plaintiff
E-Z LETTERING SERVICE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| E-Z LETTERING SERVICE a California partnership,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE PENNANT AND FLAG MANUFACTURING, INC., a Texas corporation;<br>and, DOES 1 THROUGH 5, inclusive,<br><br>Defendants. | Case No. SACV08-368 JVS (RNBx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulated Motion under F.R.Civ.P. 41(a)(1), E-Z Lettering Service's ("E-Z's") above-captioned action against Nationwide Pennant and Flag Manufacturing, Inc. ("NAP") is hereby dismissed in its entirety and with prejudice. E-Z and NAP shall each bear their own costs.

IT IS SO ORDERED:

Dated: September 09, 2009

_____
Hon. James V. Selna
U.S. District Judge

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE;** Civ. Action No. SACV08-00368 JVS

1

O:\ECF Ready\EZ Lettering - Proposed Order for Stip for Motion to Dismiss.doc